**Dismissed and Opinion Filed December 16, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01389-CV

### CAROL ODOM AND SENIOR CARE CENTERS, L.L.C. A/K/A FAIR PARK SENIOR CARE CENTERS, Appellants
### V.
### WATT CARROLL, JR, Appellee

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-00114-E**

## MEMORANDUM OPINION

Before Justices Francis, Evans, and Stoddart
Opinion by Justice Stoddart

Before the Court is appellants' December 9, 2014, unopposed motion to dismiss the appeal. In the motion, the parties state they have resolved all matters in dispute between them and request we dismiss the appeal. We grant the motion and dismiss the appeal. TEX. R. APP. P. 42.1(a).

141389F.P05

/ Craig Stoddart/
CRAIG STODDART
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

CAROL ODOM AND SENIOR CARE
CENTERS, L.L.C. A/K/A FAIR PARK
SENIOR CARE CENTERS, Appellants

No. 05-14-01389-CV          V.

WATT CARROLL, JR, Appellee

On Appeal from the 101st Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-13-00114-E.
Opinion delivered by Justice Stoddart.
Justices Francis and Evans participating.

Based on appellants' December 9, 2014, unopposed motion to dismiss the appeal, and in accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that each party bear its own costs of this appeal.

Judgment entered this 16th day of December, 2014.